UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RASHAD B. THOMPSON,

    Plaintiff,

v.                                                       Case No: 6:16-cv-1996-Orl-40TBS

DANIEL GUTIERREZ and TITUSVILLE
POLICE DEPARTMENT,

    Defendants.
_____/

## ORDER

This cause is before the Court on Plaintiff's motion for leave to proceed *in forma paurperis* (Doc. 7) filed on March 13, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 27, 2017 (Doc. 8), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The motion for leave to proceed *in forma paurperis* (Doc. 7) is **DENIED**.

3. The case is **DISMISSED without leave to amend.**

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 14, 2017.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties